# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# _____ DIVISION

Debora Hall
(Enter Above the Name of the Plaintiff in this Action)

vs.

Joe Biden
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Donald trump    George W. Bush
Melania trump   Bill Clinton
Barack Obama    Michelle Obama
Donald trump Jr.

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Debora Hall
Name - Full Name Please - PRINT

315 S Burnett Rd 707
Street Address

Springfield OH 45505
City, State and Zip Code

937 717 0183
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Donald Trump 1100 S ocean Blvd, Palm Beach Florida 33480
   Name - Full Name Please

   Address: Street, City, State and Zip Code

2. Melania Trump 1100 S ocean Blvd, Palm Beach Florida 33480

3. Joe Biden 1600 Pennsylvania Ave NW Washington DC 20500

4. Barack Obama martha Vineyard south of Cape Cod Mass. 02539

5. Michel Obama marthas Vineyard south of Cape Cod mass 02539

6. George W Busch Prairi chapel Ranch Dorthwest of Crawford TX 76638

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

Seattle WA 98101
206 622 0460

St. Louis
2222 Market St.
St. Louis MO 63103
314 589 2500

Springfield IL 62703

Tampa
5525 West Gray St.
Tampa FL 33609
813 253 1000

Washington
601 4th St. NW.
Washington DC 20535
202 278 2000

United States Dept.
Washington DC.

Canadian Intelligence
Ottawa, Ontario, Canada

Airforce Intelligence
Surviellance and Reconnaissance
Lackland Air Force Base Texas

Air Combat Command

United States Intellig
Community
National Geospatial Vire
Coast Guard
Office of Naval
National Maritime
So Hand Maryland

McLean Virginia

2430 E St. NW
Washington DC
20037

Secret Intelligence Services

KGB
2 Bolshaya Lubyanka St
Moscow
Russian

Mossad of Israel

United States Drug Enforment
Springfield Va

United States Secret Service
Washington DC.

National Intelligence org.
Presidency of Turkey

Research and Analysis Wing
New Delhi, India

Federal Intelligence Service
Berlin

Federal Security
Moscow, Russia

Directorate General
Paris, France

Defense Intelligence Agy,
United States

Office of Strategic

MI5
London, United Kingdom

Pittsburgh PA 15203
412 432 4000

Portland Or 97220
503 224 4181

Richmond
1970 E Parham Rd
Richmond Va 23228
804 261 1044

Sacramento
2001 Freedom Way
Roseville Ca 95678
916 746 7000

Salt Lake City
5425 West Amelia Earhart Dr
Salt Lake City UT 84116
801 579 1400

San Antonio
5740 University Heights Bl
San Antonio TX 78249
210 225 6741

San Diego
10385 Vista Sorrento Pkw
San Diego CA 92121
858 320 1800

San Francisco
450 Golden Gate Ave
13th Floor
San Francisco CA 94102
415 553 7400

San Juan
140 Carlos Chardon Ave
Hato Rey PR 00918
787 987 6500

New Orleans
504 816 3000

Newark
Claremont Tower
11 Centre Place
Newark NJ 07102
973 792 3000

Oklahoma City
3301 W Memorial Rd
Oklahoma City OK 73134
405 290 7770

Philadelphia
William J Green Jr Building
600 Arch St. 8th Floor
Philadelphia Pa 19106
215 418 4000

212 384 100

Norfolk
509 Resource Row
Chesapeake VA
23 3
747 455 0100

Omaha
4411 South 121
Omaha NE 681
402 493

Phoenix
21211 N 7th
Phoenix AZ
623 466

... ......... ...... ...
te 1700
Angeles CA 90024

Louisville KY 40299-4104
502 263 6000

mphis
.. W. Humphreys Blvd
..ite 3000
..mphis TN. 38120
901 747 4300

Miami
2030 SW 145 Ave
Miramar FL 33027
754 703 2000

Milwaukee
3600 S Lake Drive
St. Francis WI 53235
414 276 4684

Minneapolis
1501 Freeway Blvd
Brooklyn Center MN 55430
763 569 8000

Mobile
200 North Royal St.
Mobil AL 36602
251 438 3674

New Haven
L600 State St.
New Haven CT 06511
203 777 6311

Suite 1700
Los Angeles CA 90024

Louisville KY 40299
502 263[?]

Memphis
225 N. Humphreys Blvd
Suite 3000
Memphis TN 38120
901 747 4300

Miami
2030 SW 145 Ave
Miramar FL 33027
754 703 2000

Milwaukee
3600 S Lake Drive
St. Francis WI 53235
414 276 4684

Minneapolis
1501 Freeway Blv
Brooklyn Center MN
55430
763 569 8000

Mobile
200 North Royal St.
Mobil AL 36602
251 438 3674

New Haven
1000 State St.
New Haven Ct
06511
203 777 631[?]

2012 Ronald Reagan Dr
Cincinatti OH 45236
513 421 4310

Cleveland OH 44114

Columbia
151 Westpark Boulevard
Columbia SC 29210
803 551 4200

Dallas
One Justice Way
Dallas TX 75220
972 559 5000

Denver
8000 East 36th Ave
Denver CO 80238
303 629 7171

Detroit
477 Michigan Ave 26th Floor
Detroit MI 48226
313 965 2323

El Paso
El Paso Federal Justice Center
660 South Mesa Hills Drive
El Paso TX 79912
915 832 5000

Honolulu
91-1300 Enterprise St
Kopolei HI 96707
808 566 4300

200 mccarty Ave
Albany NY 12209
518 465 7551

Alburquerque NM 87107
505 889 1300

Anchorage
101 East sixth Ave
Anchorage AK 99501
907 276 4441

Atlanta
3000 Flowers Rd S
Alanta Ga 30341
770 216 3000

Baltimore
2600 Lord Baltimore Dr.
Baltimore MD 21244
410 265 8080

Birmingham
1000 18th St. North
Birmingham AL 35203
205 326 6166

Boston
201 maple St.
Chelsea ma 02150
857 386 2000

Buffalo
one FBI Plaza
Buffalo NY 14202
716 856 7800

Charlotte
7915 microsft way
Charlotte NC 28273
704 672 6100

Chicago
2111 W Rosevelt Rd
Chicago IL
312 421 6700

Carrie Underwood 1135 Spruce Ridge Nashville TN
Mik Fisher 1135 Spruce Ridge Nashville TN 37017

George Strait

Blake Shelton - 3006-3012 Oklahoma Hwy 22
Tishomingo OK 73460

~~Brittney Cole~~
Florida Georgia Line Fl.
Bryan Kelley ~~Aibie~~ Brittney Cole
Luke Combs 103 17th Ave S Nashville 37017

Garth Brooks Goodlettsville TN 37070
Trisha Yearwoods Goodlettsville TN 37070
~~Luke Bryan 373 Childe Harolds Circle Brentwood TN 37027~~

Kenny Chesney ~~Med~~ Franklin Tenn. 37027

Dolly Parton ~~Brentwood TN~~ 2700 Dollywood
1324 Robert E Lee Ln. Parks Blvd. TN 37863

Willie Nelson

Reb McEntire

Alan Jackson

Chris Stapleton    9601 Wilshire Blvd, 3rd Fl Beverly
                                                    CA 90210

Miranda Lambert    Primm Springs TN.
                                  38476

Brad Paisley      1808 Ashwood Ave #B Nashville
Kimberly Williams                    37212   TN

Keith Urban    Franklin Nashville TN 37069
Nicole Kidman  Franklin Nashville TN 37069

Kacey Musgraves                Nashville TN 37212

Thomas Rhett           Nashville TN 37212
   Lauren Atkins       Nashville TN 37212

Kane Brown
                       605 Nashville TN 37212

Randy Travis     Tioga TX 266 Blanks Rd
                                Nuwber 76271

Kris Kristofferson

Dierks Bradley   611 Robert Ave - Nuwber
                 870              61107

name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I want to press charges against the goverment, Hollywood, all goverment like the President, Vice President, all Past Presidents and there Families, All FBI, all CIA, all Congress, All Federall goverment, all International Presidents all Kings and Queens, All Country Singers, All Pop Singers, All HipHop Singers, all musicians, All Actors, All directors, all models, mafia, Klan, Military leaders, Pentagon, FCC, Nasa, All on TV all Hoston talk and Game shows. I have Directed energy on me, I had a Satelight reading from a meter, they break into my Apt. at Cole manor everytime I Leave. they said there putting Chemicals in there, my fridge is has yellow stuff on it and they get into my food, theres red they put on my Bedding + Mattress, they urinate, spit + I recieved a Black Spot From it, they Beam my vagina and made it Black and rear, my face has a black spot. I feel a Currant in my home all the time, my Bank accounts are overdrawn. they Lower my Credit Score, and much more.

-3-

(Example, Case Number: 2:00-cv-...)

| Case Number | Caption | |
|---|---|---|
| 21 28968 | Debora Hall | vs. Joe Biden |
| 21 16425 | Debora Hall | vs. Joe Biden |
| 20 281658 | Debora Hall | vs. Joe Biden |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want Compensated Unlimited amount of money

I want the highest septemvigintillion 9999999999999999999999999999999999 9999999999999999999999 99999999 9999999999999999999

81 9's Across and I want that many of them

I state under penalty of perjury that the foregoing is true and correct. Executed on this 20 day of August, 20 21.

Debora Hall
Signature of Plaintiff

-4-

Debora Hall
**Plaintiff**

VS

Case #: 301799 2128608 21000167 21000511 210000453 21000058 21000

Joe Biden
**Defendant**

Document Title covert surviellance

------------------------------------------------

I Have covert surviellance on me for over 20 years


*[signature: Debore Hall]*
Signature

9373600238
Phone Number

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| Debora Hall<br>315 S Burnett Rd # 707<br>Springfield OH<br>937 360 0238 | Joe Biden<br>1600 Pennsylvania Ave NW<br>Washington DC 20500 |
| Attorney (name/address/phone):<br>Self - will apply for one<br>need one through the<br>Court | Attorney (name/address/phone): |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

**Real Property**

Landlord/Tenant
- [ ] Unlawful Detainer
- [ ] Other Landlord/Tenant

Title to Property
- [ ] Judicial Foreclosure
- [ ] Other Title to Property

Other Real Property
- [ ] Condemnation/Eminent Domain
- [ ] Other Real Property

**Torts**

Negligence
- [ ] Auto
- [ ] Premises Liability
- [ ] Other Negligence

Malpractice
- [ ] Medical/Dental
- [ ] Legal
- [ ] Accounting
- [ ] Other Malpractice

Other Torts
- [ ] Product Liability
- [ ] Intentional Misconduct
- [ ] Employment Tort
- [ ] Insurance Tort
- [ ] Other Tort

**Probate**

Probate *(select case type and estate value)*
- [ ] Summary Administration
- [ ] General Administration
- [ ] Special Administration
- [ ] Set Aside
- [ ] Trust/Conservatorship
- [ ] Other Probate

Estate Value
- [ ] Over $200,000
- [ ] Between $100,000 and $200,000
- [ ] Under $100,000 or Unknown
- [ ] Under $2,500

**Construction Defect & Contract**

Construction Defect
- [ ] Chapter 40
- [ ] Other Construction Defect

Contract Case
- [ ] Uniform Commercial Code
- [ ] Building and Construction
- [ ] Insurance Carrier
- [ ] Commercial Instrument
- [ ] Collection of Accounts
- [ ] Employment Contract
- [ ] Other Contract

**Judicial Review/Appeal**

Judicial Review
- [ ] Foreclosure Mediation Case
- [ ] Petition to Seal Records
- [ ] Mental Competency

Nevada State Agency Appeal
- [ ] Department of Motor Vehicle
- [ ] Worker's Compensation
- [ ] Other Nevada State Agency

Appeal Other
- [ ] Appeal from Lower Court
- [ ] Other Judicial Review/Appeal

[x] Criminal

### Civil Writ

Civil Writ
- [ ] Writ of Habeas Corpus
- [ ] Writ of Mandamus
- [ ] Writ of Quo Warrant
- [ ] Writ of Prohibition
- [ ] Other Civil Writ

### Other Civil Filing

Other Civil Filing
- [ ] Compromise of Minor's Claim
- [ ] Foreign Judgment
- [ ] Other Civil Matters

*Business Court filings should be filed using the Business Court civil coversheet.*

8-28-2021
Date

Debora Hall
Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit
Pursuant to NRS 3.275

Form PA 201
Rev 3.1