**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DEBORA S. HALL, | : | Case No. 3:21-cv-275 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| JOE BIDEN, *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. NO. 9); DISMISSING, WITH PREJUDICE, THE COMPLAINT (DOC. NO. 2); AND, TERMINATING THIS CASE**

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry (Doc. No. 9), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ACCEPTS and ADOPTS** the Report and Recommendations.

It therefore is **ORDERED** that:

1. The Report and Recommendation filed on October 11, 2022 (Doc. No. 9) is ADOPTED in full;

2. The Court DISMISSES WITH PREJUDICE Plaintiff's Complaint; and,

3. This case is terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, October 31, 2022.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE